UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANN M. ZWICK,

Plaintiff,

vs.

17-CV-00727

TOWN OF CHEEKTOWAGA,
CHRISTOPHER WIERZBOWSKI,
MARK CYREK

Defendants.

---

**DEFENDANTS TOWN OF CHEEKTOWAGA AND CHRISTOPHER WIERZBOWSKI'S *VOIR DIRE* INFORMATION**

DATED: Buffalo, New York
November 8, 2022

LAW OFFICES OF MICHAEL A. BENSON
*Attorneys for Defendant*
*Mark Cyrek*
77 North Buffalo Street
Springville, New York 14141
(716) 592-2900

Michael A. Benson, Esq.

## A - CASE DESCRIPTION

Plaintiff commenced this action by the filing of a summons and complaint on July 31, 2017. Defendant Mark Cyrek joined issue on November 16, 2017. Defendants Town of Cheektowaga and Christopher Wierzbowski, individually and in his official capacity as a police officer with the Town of Cheektowaga Police Department, joined issue on November 17, 2017.

Plaintiff's complaint alleges causes of action under 42 U.S.C. § 1983 for malicious prosecution in violation of the right to due process secured under the fourth, fifth and fourteenth amendments of the United States Constitution and New York State common law. The complaint alleges the defendants, Town of Cheektowaga, Officer Christopher Wierzbowski and Mark Cyrek acted in concert to maliciously prosecute plaintiff on false criminal charges.

Defendants, Town of Cheektowaga and Christopher Wierzbowski, individually and in his official capacity as a police officer with the Town of Cheektowaga Police Department fully deny the causes of action raised in plaintiff's complaint. Officer Wierzbowski was at all times acting in good faith in the performance of his job duties and had probable cause to file the criminal complaint charges against plaintiff. Officer Wierzbowski is entitled to qualified immunity in this action. The culpable conduct of plaintiff and defendant Mark Cyrek lead to the criminal complaint charges being filed against plaintiff. The statement of undisputed facts provides more detailed information regarding the timeline of events.

## B – IDENTIFICATION OF DEFENSE COUNSEL

Michael A. Benson, Esq.
Law Offices of Michael; A. Benson
77 North Buffalo Street
Springville, New York 14141

## C – CLIENT IDENTIFICATION

Mark Cyrek
159 Edmunds Drive
Cheektowaga, New York 14225

## D – WITNESS LIST

| | |
|---|---|
| **Witness:** | Ann M. Zwick |
| **Identification:** | Plaintiff, adverse party |
| **Occupation:** | Hair stylist |
| **Address:** | 5060 Transit Road<br>Apartment 32<br>Depew, New York 14043 |
| **Phone Number:** | unknown |
| **Testimony:** | Causes of action alleged in complaint, relationship with named defendants, injuries and damages suffered |

| | |
|---|---|
| **Witness:** | Mark Cyrek |
| **Identification:** | Co-Defendant |
| **Occupation:** | City of Buffalo Police Department, Lieutenant |
| **Address:** | 159 Edmund Drive<br>Cheektowaga, New York 14225 |
| **Phone Number:** | 716-983-4648 |
| **Testimony:** | Relationship with the plaintiff, actions of the plaintiff, relationship with Town of Cheektowaga Police Department and Officer, Christopher Wierzbowski |

| | |
|---|---|
| **Witness:** | Christopher Wierzbowski |
| **Identification:** | Defendant |
| **Occupation:** | Town of Cheektowaga Police Department, Officer |
| **Address:** | Cheektowaga Police Department<br>3223 Union Road<br>Cheektowaga, New York 14227 |
| **Phone Number:** | (716) 686-3542 |
| **Testimony:** | Relationship with the plaintiff, relationship with co-defendant, Mark Cyrek, response to police call made by Mark Cyrek, investigation of incident, preparation of the police report, criminal complaints and domestic incident reports |

## E – VOIR DIRE QUESTIONS

1. Does anyone know the facts about this case?

2. Do you recognize any of the lawyers present here today?

3. Do you have any relatives who are lawyers?

4. Do you have any relatives who are judges?

5. Have you served in the military?

6. Have you ever been sued?

   a. If yes, please explain.

7. Have you ever sued anyone?

   a. If yes, please explain.

8. Have you or any family member or close friend ever been a party to a lawsuit?

   a. Civil or criminal?

   b. Plaintiff or defendant?

   c. Did the case go to trial?

   d. What was the outcome?

9. Have you ever been a juror before?

   a. Was it civil or criminal?

   b. If civil, what was the nature of the case?

   c. What was the outcome?

   d. How long ago was the trial?

   e. Did anything occur during the trial that would prejudice you in this matter?

   f. Do you have any moral or religious reason why you do not feel like you should sit on a jury?

10. Have you ever had any interaction with a Town of Cheektowaga official or employee in the past?

    a. If yes, do you feel that the interaction would impact your ability to serve on a jury in this matter?

11. Have you ever had a negative interaction with a police officer in the past?

    a. If yes, do you feel that this interaction would impact your ability to serve on a jury in this matter?

12. There will be witnesses who may testify in this case. Do you know any of the following people:

    a. Ann Zwick (Ann Vanyo)
    b. Mark Cyrek
    c. Christopher Wierzbowski
    d. If yes to any of the above, will your prior knowledge or interaction with this person or persons impact your ability to render a fair and unbiased verdict?

13. This case involves the arrest and prosecution of an individual who had been accused of the crime of stalking. Is there anything that makes you feel uncomfortable about listening to, or viewing evidence, and testimony concerning that kind of incident?

14. Do you have any reason why you could not listen to the facts of this case and render a fair and impartial verdict?

15. If selected for jury service, do you believe you would follow the law in spite of any feeling of sympathy you might have for the plaintiff?

16. Is there something you want us to know now that you have heard a little about the facts, but I might not have asked the right question to get the information?

17. Have any of you had any experiences with the Buffalo Police Department?

18. Have any of you had any experiences with Buffalo Police Officer Mark Cyrek?