AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

ANN M. ZWICK

V.

TOWN OF CHEEKTOWAGA, CHRISTOPHER WIERZBOWSKI, MARK CYREK

## EXHIBIT AND WITNESS LIST

Case Number: 17-CV-00727

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Frank P. Geraci, Jr. | Chad A. Davenport, Esq. | Paul G. Joyce, Esq., Marc Smith, Esq. |
| TRIAL DATE (S) 12/5/2022 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 400 | | | | Cheektowaga Police Department Complaint No.: 16-626209 |
| | 401 | | | | Mark Cyrek Supporting Deposition dated 6/24/16 |
| | 402 | | | | Cheektowaga Police Department Domestic Incident Report from Complaint No.: 16-626209 |
| | 403 | | | | Cheektowaga Police Information Complaint No.: 16-262209 |
| | 404 | | | | Print out of text messages sent between Plaintiff and Mark Cyrek |
| | 405 | | | | Print out of emails sent from Plaintiff to Mark Cyrek |
| | 406 | | | | Cheektowaga Town Court Arrest Warrant dated 7/3/16 |
| | 407 | | | | Transcript of Cheektowaga Town Court proceedings dated 8/2/16 |
| | 408 | | | | Cheektowaga Town Court Certificate of Disposition dated 8/2/16 |
| | 409 | | | | Mark Cyrek Supporting Deposition dated 8/4/16 |
| | 410 | | | | Cheektowaga Police Department Domestic Incident Report from Complaint No.: 16-626209 |
| | 411 | | | | Cheektowaga Police Information Complaint No.: 16-262209 |
| | 412 | | | | Cheektowaga Town Court Arrest Warrant dated 8/5/16 |
| | 413 | | | | Cheektowaga Town Court Certificate of Disposition dated 1/20/17 |
| | 414 | | | | Transcript of Ann Zwick 50-h hearing dated 6/8/17 |
| | 415 | | | | Affidavit of Plaintiff Ann Zwick dated 3/3/21 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.